THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANDREW J. ALLAM, SR.        :
    Petitioner         :
    v.                 :   1:14-CV-1940
                            :   (JUDGE MARIANI)
LAUREL HARRY,               :
    Respondent         :

## ORDER

AND NOW, THIS 26th DAY OF FEBRUARY, 2018, upon consideration of Petitioner's Motion (Doc. 46) for Relief from Judgment under "[F]ederal Rules of Civil Procedure 60([b])(1)(2)(3)(4)(5)(6)," for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** Petitioner's Motion for Relief from Judgment is **DENIED**.

                                            Robert D. Mariani
                                            United States District Judge