# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANDREW J. ALLAM, SR.

    Petitioner

v.

LAUREL HARRY,

    Respondent

1:14-CV-1940
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 20th DAY OF JUNE, 2018, upon consideration of Petitioner's motions to amend (Docs. 50, 52), and Petitioner's letter request to "reinstate" his right to appeal (Doc. 51), which this Court construes as a motion to reopen the time to file an appeal, for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT**:

1. Petitioner's motions to amend (Docs. 50, 52) are **DENIED**.

2. Petitioner's motion to reopen the time to file an appeal is **GRANTED**. Petitioner shall have **14 days from the date of this order** in which to appeal the denial of his Rule 60(b) motion for relief (Doc. 46).

3. The Clerk of Court is directed to send Petitioner a copy of the February 26, 2018 memorandum opinion (Doc. 48) and order (Doc. 49) denying Petitioner's Rule 60(b) motion.

Robert D. Mariani
United States District Judge